# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

FILED by _____ D.C.
____ 2004
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

CRIMINAL MINUTES FOR HON. ADALBERTO JORDAN

Date: May 18, 2004            Case No. 03-20577-cr-Jordan
Clerk: Maria Conboy        Reporter: Francene Salopek
Probation Officer: None            Interpreter: None
U.S.A. vs. Greenpeace, Inc.

Defendant:   **PRESENT**   NOT PRESENT   IN CUSTODY
U.S. Attorney: Cameron Elliot and Tom Watts-Fitzgerald
Defense Counsel: Jane Moscowitz

Reason for hearing: Criminal Jury Trial.
Cont from 5/17/04

Result of hearing: Opening Statements - Testimony begins.

Misc. _____

Case continued to: 5/19/04     Time: 9:00AM   For: Cont Crim Trial

