FILED by

CLARE:
CLERK U
S.D. OF

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CRIMINAL MINUTES FOR HON. ADALBERTO JORDAN

Date: 5/19/04                    Case No. 03-20577-cr-Jordan

Clerk: Maria Conboy        Reporter _Fremand Salpez_

Probation Officer _non_                    Interpreter _none_

U.S.A. vs. _Suepeace, Inc._

---

Defendant:   PRESENT        NOT PRESENT    IN CUSTODY

U.S. Attorney: _Cameron Elliot and Tom Watts-Fitzgerald_

Defense Counsel: _Jesse Moscowitz_

Reason for hearing: _Criminal Jury Trial - from 5/18/04._

---

Result of hearing: _Court granted Rule 29 motions and will enter judgment of acquittal for defendant._

---

Misc.

---

Case continued to:_____ Time:_____ For:_____

