FILED by _____ D.C.

1 · 2004

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 03-20577-CR-JORDAN

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) |
| | ) |
| GREENPEACE, INC. | ) |
| | ) |

### JUDGMENT OF ACQUITTAL

For the reasons stated in open court today, Greenpeace Inc.'s Rule 29 motion for judgment of acquittal on Counts I & II of the superseding indictment is GRANTED. Judgment of acquittal is hereby entered in favor of Greenpeace, Inc. on Counts I & II.

A copy of Government Exhibit 2, which I referenced when announcing my ruling, is attached to this order.

DONE and ORDERED in Chambers in Miami, Florida, this 19th day of May, 2004.

_____
Adalberto Jordan
United States District Judge

cc:   All counsel of record.



<60
<60
<60
<60
<60

<60

<60 ='
<60 
<60 

<60
<60 
<60 

<60

<60
<60 
<60 

<60 

<60 
<60 

<60 

<60 
<60 

<60 

<60 

<60 
<60 
<60 

<60 

<60 

<60 

<60 

<60 

<60 

<60 

<60 

<60 

<60 

<60 

<60 

<60 

<60 

<60 

<60 

<60 

<60 

<60 

<60 

<60 

<60 

<60 

<60 

<60 

<60 

<60 

<60 

<60 

<60 

<60 

<60 

<60 

<60 

<60 

<60 

<60 

<60 

<60 

<60 

<60 

<60 

<60 

<60 

<60 

<60 

<60 

<60 

<60 

<60 

<60 

<60 

<60 

<60 

<60 

<60 

<60 

<60 

<60 

<60 

<60 

<60 

<60 

<60 

<60 

<60 

<60 

<60 

<60 

<60 

<60

<60 

<60 

<60 

<60

<60 

<60

<60 

<60 

<60 

<60 

<60 

<60 

<60 

<60 

<60 

<60 

<60 

<60 

<60 

<60 

<60 

<60 

<60 

<60 

<60 

<60 

<60 

<60 

<60 

<60 

<60 

<60 

<60 

<60 

<60 

<60 

<60 

<60 

<60 

<60 

<60 

<60 

<60 

<60 

<60 

<60

